IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MCGILL, et. al., | No. C 03-4602 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' May 2, 2005 request that the Court set a Case Management Conference and vacate the conditional dismissal entered on February 2, 2005.

On February 2, 2005, pursuant to the parties' stipulation, the Court entered a conditional dismissal of this action because the parties had reached a settlement in principal. Pursuant to the stipulation, if no final settlement was reached within 90 days, Plaintiffs' counsel was to notify the Court and a further Case Management Conference would be set to take place within 45 days. The parties further agreed that if Plaintiffs' counsel did not notify the Court within 90 days that a settlement had not been finalized, the action should be dismissed with prejudice.

On May 2, 2005, Plaintiffs' counsel notified the Court that a final settlement had not yet been reached.

Accordingly,

IT IS HEREBY ORDERED THAT a Case Management Conference is set for **Thursday, June 16, 2005 at 3:45 p.m.** and will proceed **telephonically**. The parties shall **meet and confer** prior to the

1 conference and shall prepare a joint Case Management Conference Statement which shall be filed no later
2 than ten (10) days prior to the Case Management Conference.  Plaintiffs shall be responsible for filing the
3 statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510)
4 637-3559 at the above indicated date and time.

5     If the parties have not reached a final settlement at the time of the Case Management Conference,
6 the Court will vacate the conditional dismissal or provide other such relief as it deems appropriate.  If final
7 settlement is reached prior to the Case Management Conference, the parties shall **immediately notify** the
8 Court of such final settlement and provide to the Court a stipulation and proposed order dismissing the
9 action with prejudice.

10     IT IS SO ORDERED.

12 Dated:  5-9-05

 /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge