IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McGill, | No. C 03-04602 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| City of Oakland, | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have reached an agreed-upon settlement to the dismissal of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice pursuant to the stipulation for conditional dismissal previously entered by the Court on February 2, 2005.

Dated: 5/12/05                                                              s/Saundra Brown Armstrong
                                                                                    SAUNDRA BROWN ARMSTRONG
                                                                                    United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28